```
                           United States Bankruptcy Court
                            Northern District of Indiana
In re:                                                                  Case No. 18-22937-jra
John Mileusnic                                                          Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0755-2          User: lforslund            Page 1 of 1          Date Rcvd: Dec 18, 2018
                              Form ID: 495               Total Noticed: 8
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db            +John Mileusnic,    325 Plum Creek Drive,    Schererville, IN 46375-1166
smg           +Indiana Employment Security Division,    10 North Senate Street,    Indianapolis, IN 46204-2201
cr            +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
14516987      +Lake County Treasurer,    Attention: Bankruptcy Clerk,    2293 North Main Street,
                Crown Point IN 46307-1854
14516996       Planet Home Lending, LLC,    c/o Stephanie A. Rienhart, AAL,    PO BOX 441309,
                Indianapolis, IN 46244
14516997       Stephanie A. Reinhart, AAL,    PO BOX 441309,    Indianapolis, IN 46244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14516988       E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 19 2018 03:25:35
                Indiana Department of Revenue,    Bankruptcy Section - MS 108,    100 North Senate Avenue, N240,
                Indianapolis IN   46204
14516989       EDI: IRS.COM Dec 19 2018 08:13:00     Internal Revenue Service,    P. O. Box 7346,
                Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance, a division of Capital On
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
              Paul R. Chael    aimee@pchael13.com,
               pchael13@ecf.epiqsystems.com;wjoyce@pchael13.com;smichelle@pchael13.com
              Susan M. Woolley(JC)   on behalf of Creditor   PennyMac Loan Services, LLC ndbkr@feiwellhannoy.com
                                                                                              TOTAL: 3
```

## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division

In Re: Debtor(s) (name(s) and address)  )
John Mileusnic  )
xxx–xx–1703  )
325 Plum Creek Drive  ) Case Number: 18–22937–jra
Schererville, IN 46375  )
)
)
)
)
)
) Chapter: 13
)
)
)
)
)
)

## NOTICE OF AUTOMATIC DISMISSAL

NOTICE IS HEREBY GIVEN that the above−captioned debtor(s) has failed to file all the documents required by 11 U.S.C. § 521(a)(1) and pursuant to 11 U.S.C. § 521(i)(1) this case was dismissed by operation of law on the 46th day after the date of the filing of the petition.

Dated: December 18, 2018

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 15